UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| ASHLEY ARTIS,<br><br>Plaintiff,<br><br>v.<br><br>HOME SWEET HOME RENTALS, *et al.*<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br><br>Civil Action<br>No. 25-cv-17014 (KMW-SAK)<br><br><br>**MEMORANDUM OPINION AND<br>ORDER** |

**WHEREAS**, the Court denied Plaintiff's Application to proceed *in forma pauperis* on December 19, 2025 (ECF No. 3) for submitting the incorrect form and directing Plaintiff to submit the proper form within thirty (30) days of the issuance of the Order; and

**WHEREAS**, to date, Plaintiff has failed to file the proper Application to Proceed without Payment of Fees (AO-239), nor has Plaintiff paid the filing fee

**IT IS HEREBY** on this ⎰⎰ day of March, 2026, **ORDERED**

A. Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 (ECF No. 3) is **DENIED**.

B. The clerk is ordered to close the case. Plaintiff may submit payment in the amount of $405 within 14 days from the date of this order to reopen the case without further action from the court.

C. Failure to submit payment within 14 days from the date of this order may result in this case being terminated.

**D.** The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge